For the reasons stated, the judgment is reversed and the prosecution is ordered dismissed.

Opinion approved by the court.

**BALEMON v. STATE.**

No. 25116.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $50.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.